```
                    IN THE UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION


IN RE:  BENJAMIN STALLWORTH, III                ) Chapter 13
                                                )
                                                )
                                                )
                                    - Creditor  ) No. 09B23399
Wells Fargo Bank, N.A.                          )
                                                )
                v.                              ) Judge
                                                )A. Benjamin Goldgar
BENJAMIN STALLWORTH, III            - Debtor    )
                                                )
```

NOTICE OF MOTION

TO:   SEE ATTACHED ADDRESSES

     PLEASE TAKE NOTICE THAT ON August 18, 2009 at 11:00 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable A. Benjamin Goldgar, U.S. Bankruptcy Judge, 219 S. Dearborn Street, Chicago, Illinois, room 613, and shall then and there present the attached Motion and at which time you may appear if you so desire.

CERTIFICATION

     I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on 7/29/09, with proper postage prepaid.

```
                              PIERCE & ASSOCIATES, P.C.
**THIS DOCUMENT IS AN ATTEMPT
TO COLLECT A DEBT AND ANY     /s/Christopher M. Brown
INFORMATION OBTAINED WILL BE  ARDC#6271138
USED FOR THAT PURPOSE**
                              1 North Dearborn
                              Suite 1300
                              Chicago, Illinois 60602
                              312-346-9088
PA09-3791
```

NOTICE OF MOTION ADDRESSES

To Trustee:
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, Illinois 60604
**By Electronic Notice through ECF**


To Debtor:
BENJAMIN STALLWORTH, III
22647 Ridgeway Avenue
Richton Park, IL 60471
**By U.S. Mail**


49 Churn Rd
Matteson, IL 60443
**By U.S. Mail**



To Attorney:
Steven J. Brody
15 West Woodstock Street
Crystal Lake, Illinois 60014
**By Electronic Notice through ECF**




**PIERCE & ASSOCIATES, P.C.**
**Suite 1300**
**1 North Dearborn**
**Chicago, Illinois 60602**
**(312) 346-9088**



**PA09-3791**

```
              IN THE UNITED STATES BANKRUPTCY COURT FOR
                  THE NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION

IN RE: BENJAMIN STALLWORTH, III,   )
                                   )
Wells Fargo Bank, N.A.,            )
            Creditor,              )    CASE NO. 09B23399
     vs.                           )    JUDGE A. Benjamin Goldgar
                                   )
BENJAMIN STALLWORTH, III,          )
            Debtor,                )
```

**MOTION TO ALLOW COSTS OF COLLECTION**

NOW COMES, Wells Fargo Bank, N.A. by and through its attorneys, Pierce & Associates, P.C. and moves this Honorable Court for an Order allowing the Costs of Collection to be paid pursuant to the debtor's confirmed Chapter 13 Plan as reasonable costs of collection and in support thereof, states as follows:

1. Wells Fargo Bank, N.A. holds the mortgage lien on the property located at 22647 Ridgeway Avenue, Richton Park, IL.

2. The costs of collection incurred by Wells Fargo Bank, N.A. are secured by the Mortgage and Note.

3. Under the terms of the debtor's plan, Wells Fargo Bank, N.A.'s costs of collection may be added to its cure amount set forth in paragraph E of the debtor's confirmed Plan on the motion of Wells Fargo Bank, N.A.

4. As of this date, Wells Fargo Bank, N.A. has incurred $300.00 in the post-petition costs of collection for

attorney's fees not already provided in Plan paragraph E as relating to representing Wells Fargo Bank, N.A.'s interest in the case.

WHEREFORE, Your Movant prays for an Order allowing the post-petition costs of collection to be added to the arrears amount in the debtor's confirmed Plan and for such other relief as this Court deems just.

Wells Fargo Bank, N.A.

/s/Christopher M. Brown
Christopher M. Brown
ARDC#6271138

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088