```
                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION

IN RE: BENJAMIN STALLWORTH, III         )
                                        )
BAC Home Loans Servicing, L.P. fka      )
Countrywide Home Loans Servicing, L.P., )
          Creditor,                     )  CASE NO. 09B23399
                                        )  JUDGE A. Benjamin Goldgar
     vs.                                )
                                        )
BENJAMIN STALLWORTH, III,               )
          Debtor                        )
```

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

Now comes BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., by and through its attorneys, Pierce & Associates, P.C., and requests that Confirmation be denied, stating as follows:

1. On June 26, 2009, the debtor filed the instant bankruptcy petition under Chapter 13 of the Bankruptcy Code (11 U.S.C. Sec. 1301 et seq.)

2. BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. holds the mortgage lien on the real property commonly known as 8108 South Winchester Avenue, Chicago, IL.

3. The mortgage secures a note which will mature "after the date on which the final payment under (the debtor's Chapter 13 Plan) is due." 11 U.S.C. Sec. 1322 (b)(5).

4. Paragraph E of the debtor's Chapter 13 Plan provides that the Chapter 13 Trustee shall pay BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. $9,503.00 over the life of the Chapter 13 Plan.

5. However, the actual pre-petition mortgage arrears of BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. total $12,909.99 which is greater than the amount provided for in Paragraph E of the debtor's Chapter 13 Plan.

6. Plan paragraph B(2)(b) and (c) the debtor's Chapter 13 plan impermissibly modifies the independent valid contractual rights of the mortgage holder pertaining when and how costs of collection for post-petition obligations may be assessed, allowed, and/or reimbursed by the debtor's under the plan. See, 11 U.S.C. Sec. 1322(b).

7. The debtor's Chapter 13 Plan, by not properly paying the allowed, secured Proof of Claims filed by BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., impermissibly modifies the rights of BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., which is secured only be a mortgage lien on the real estate which is the debtor's principal residence. 11 U.S.C. Sec. 1322(b)(2).

8. The debtor's Chapter 13 Plan, by not properly paying the allowed, secured, Proof of Claim filed by BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., does not "provide for the curing" of the pre-petition mortgage arrears of BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.. 11 U.S.C. Sec. 1322 (b)(5).

9. Plan paragraph B(2) impermissibly modifies the rights of your movant by extinguishing the right of the mortgage lien holder to collect any future escrow advances or escrow shortages as

calculated under RESPA upon plan completion and reinstatement as defined by 735 ILCS §5/15-1602.

10. A Proof of Claim "is deemed allowed, unless a party in interest objects" to it. 11 U.S.C. Sec.502.

11. Plan paragraph B(2) would be rendered unenforceable by the anticipated discharge provision of 11 U.S.C. Sec. 1328 (a)(5) which excepts from discharge all the terms and rights embodied in the subject mortgage and note.

12. No party in interest has filed an Objection to the Proof of Claim filed by BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.

13. The debtor's Chapter 13 Plan, by not paying in full the allowed, secured Proof of Claim of BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., violates 11 U.S.C. Sec. 1325 (a)(5)(B)(ii).

14. The debtor's Chapter 13 Plan, paragraph B(2), all subsections, impermissibly modifies the right of BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. in servicing the loan for accounting and reimbursement, which is secured only by a mortgage lien on the real estate which is the debtor's principal residence.  11 U.S.C. Sec. 1322 (b)(2).

15. BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. has the right to receive full waiver of the discharge as to the in personam liability evidenced by the note.

16. Any potential required waiver of properly assessable post-petition servicing fees and costs violates BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. non-modifiable rights as determined by the security instruments and non-bankruptcy law.

WHEREFORE, BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. respectfully prays that Confirmation of the debtor's Chapter 13 Plan be denied and for such other and further relief as this Honorable Court deems just.

Respectfully Submitted,
BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.

/s/Yanick Polycarpe
 Yanick Polycarpe
  ARDC#6237892
  Pierce and Associates, P.C.
  1 North Dearborn
  Suite 1300
  Chicago, Illinois 60602
  (312)346-9088