```
                    IN THE UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION


IN RE:  BENJAMIN STALLWORTH, III              ) Chapter 13
                                              )
                                              )
                                              )
                                  - Creditor  ) No. 09B23399
BAC Home Loans Servicing, L.P. fka            )
Countrywide Home Loans Servicing, L.P.        )
                                              )
                   v.                         ) Judge
                                              )A. Benjamin Goldgar
BENJAMIN STALLWORTH, III          - Debtor    )
                                              )
```

NOTICE OF MOTION


TO:  SEE ATTACHED ADDRESSES


     PLEASE TAKE NOTICE THAT ON August 18, 2009 at 11:00 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable A. Benjamin Goldgar, U.S. Bankruptcy Judge, 219 S. Dearborn Street, Chicago, Illinois, room 613, and shall then and there present the attached Motion and at which time you may appear if you so desire.


CERTIFICATION


     I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on 8/11/09, with proper postage prepaid.

```
                               PIERCE & ASSOCIATES, P.C.
**THIS DOCUMENT IS AN ATTEMPT
TO COLLECT A DEBT AND ANY      /s/Yanick Polycarpe
INFORMATION OBTAINED WILL BE   ARDC#6237892
USED FOR THAT PURPOSE**
                               1 North Dearborn
                               Suite 1300
                               Chicago, Illinois 60602
                               312-346-9088
PA09-3811
```

NOTICE OF MOTION ADDRESSES

To Trustee:
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, Illinois 60604
**By Electronic Notice through ECF**


To Debtor:
BENJAMIN STALLWORTH, III
8108 South Winchester Avenue
Chicago, IL 60620
**By U.S. Mail**


49 Churn Rd
Matteson, IL 60443
**By U.S. Mail**



To Attorney:
Steven J Grace
4805 N. Fairfield Ave., Apt. 33
Chicago, IL 60625
**By Electronic Notice through ECF**




**PIERCE & ASSOCIATES, P.C.**
**Suite 1300**
**1 North Dearborn**
**Chicago, Illinois 60602**
**(312) 346-9088**



**PA09-3811**

```
                IN THE UNITED STATES BANKRUPTCY COURT FOR
                    THE NORTHERN DISTRICT OF ILLINOIS
                             EASTERN DIVISION

IN RE: BENJAMIN STALLWORTH, III           )
                                          )
BAC Home Loans Servicing, L.P. fka        )
Countrywide Home Loans Servicing, L.P.,   )
         Creditor,                        )  CASE NO. 09B23399
                                          )  JUDGE A. Benjamin Goldgar
    vs.                                   )
                                          )
BENJAMIN STALLWORTH, III,                 )
         Debtor                           )
```

## MOTION TO ALLOW COSTS OF COLLECTION

NOW COMES, BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. by and through its attorneys, Pierce & Associates, P.C. and moves this Honorable Court for an Order allowing the Costs of Collection to be paid pursuant to the debtor's confirmed Chapter 13 Plan as reasonable costs of collection and in support thereof, states as follows:

1. BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. holds the mortgage lien on the property located at 8108 South Winchester Avenue, Chicago, IL.

2. The costs of collection incurred by BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. are secured by the Mortgage and Note.

3. Under the terms of the debtor's plan, BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.'s costs of collection may be added to its cure

amount set forth in paragraph E of the debtor's confirmed Plan on the motion of BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.

4. As of this date, BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. has incurred $150.00 in the post-petition costs of collection for attorney's fees not already provided in Plan paragraph E as relating to representing BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.'s interest in the case.

WHEREFORE, Your Movant prays for an Order allowing the post-petition costs of collection to be added to the arrears amount in the debtor's confirmed Plan and for such other relief as this Court deems just.

BAC Home Loans Servicing, L.P.
fka Countrywide Home Loans
Servicing, L.P.

/s/Yanick Polycarpe
Yanick Polycarpe
ARDC#6237892
Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088