## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** | Case No.:  09 B 23399 |
| | Chapter:  13 |
| Benjamin Stallworth, III | Plan filed on 07/12/2009 |
| | Confirmation Hearing:  8/18/09 at 11:00am |
| Debtor(s) | Judge A. Benjamin Goldgar |

### OBJECTION TO CONFIRMATION OF PLAN FILED ON 07/12/2009

**NOW COMES** HOMEQ SERVICING, (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court for an Order denying confirmation of Debtor's plan filed on 07/12/2009 and in support thereof states as follows:

1.      This Court has jurisdiction pursuant to 28 U.S.C. Section 1334 and General Rule 2.33 of the United States District Court for the Northern District of Illinois;

2.      Debtor filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code on 6/26/09;

3.      That enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. Section 362 of the Bankruptcy Code;

4.      Movant is a mortgage holder or servicer on the property commonly known as 49 Churn Road Unit #2-7, Matteson, IL;

5.      That the Chapter 13 plan herein proposes that Debtor cure the pre-petition arrearage claim through the Chapter 13 Trustee while maintaining current, post-petition mortgage payments;

6.      That Debtor's plan proposes a monthly payment of $742.00 to the Standing Trustee for the benefit of creditors;

7.      That Movant intends to file a Proof of Claim in the instant case with estimated arrears in the amount of $19,273.79, for pre-petition arrearages;

8.      That Debtor is currently due for the post-petition attorney fees and costs in the amount of $150.00;

9.      That assuming Debtor makes all Chapter 13 plan payments in a timely fashion, the plan will have to be administered for approximately 63 months before curing Movant's pre-petition arrearage claim;

10.     That the 63 month cure proposed by Debtor is unreasonable and fails to adequately protect Movant's interest;

11.     That the Debtor has used a version of the District's model plan for its Chapter 13 plan and said model plan contains language negatively impacting Movant;

12.     That in paragraph E(5), the plan provides that the mortgage arrears will be paid "to Creditor, HOMEQ SERVICING, arrears of $8,838.00";

13.     That Movant, HOMEQ SERVICING, intends to file a claim in the estimated amount of $19,273.79;

14.     That in paragraph E(5), the plan states that the amount of arrearage payments to be paid are estimated to total $8,838.00, the above quoted portion directs payments of ONLY $8,838.00, which is substantially less than the amount owed this Movant pursuant to its filed proof of claim;

15.     That if the plan is administered as written rather that as intended, Movant would receive substantially less than its allowed, secured proof of claim, in contravention of the provisions of the bankruptcy code;

16.    That sufficient grounds exist for denial of confirmation as Debtor's plan:

a.    Fails to cure Movant's estimated pre-petition arrearage claim within a reasonable time;

b.    Fails to cure Movant's pre-petition arrearage claim amount in full;

17.    Movant has incurred attorneys fees and/or costs in connection with this bankruptcy proceeding which have been included in the calculation of any default figures quoted herein subject to court approval, including:

$150.00    for Objection to confirmation of the Chapter 13 plan including plan review and attending confirmation, if not separately billed

**WHEREFORE,** HOMEQ SERVICING, and/or its assigns, prays this Court enter an Order denying confirmation of Debtor's Chapter 13 plan  and allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage.

Dated this August 13, 2009.

Respectfully Submitted,

Codilis & Associates, P.C.

By:   /s/ Jose Moreno

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-08-25624)**

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.