UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:     Benjamin Stallworth III          )          09 B 23399
                                            )
          Debtor(s)                         )          Judge A. Benjamin Goldgar

*Notice Of Motion/ Certificate Of Service*

Benjamin Stallworth III
49 Churn Ave
Matteson, IL  60443

Steven J Grace
via the clerk's ECF noticing procedures

On 09/01/09 at 11:00 A.M. I will appear in:

Courtroom 613
219 S Dearborn St
Chicago, IL  60604   and present this motion, a copy of which is hereby served upon you. I certify under penalty of perjury that I caused a copy of this notice be mailed to the above listed persons by first class US mail, postage prepaid, on or before 08/17/09.

/s/ Anthony Olivadoti
Anthony Olivadoti
for Marilyn O Marshall, Trustee

---

*Motion to Dismiss for Unreasonable Delay*

COMES NOW Marilyn O Marshall, Standing Trustee, and requests that this case be dismissed pursuant to 11 USC §1307(c), and in support thereof states the following:

1. Debtor(s) filed for chapter 13 on June 26, 2009.

2. Debtor(s) have/has failed to satisfy the requirements of the bankruptcy code and meet their burden to confirm a plan in a reasonable time.

3. Debtor has failed to provide a DSO, CMA, and tax returns for tax years 05-08.

4. Debtor(s) failure to confirm a plan in a timely manner constitutes unreasonable delay.

5. Debtor must amend schedule G to list tenants.

WHEREFORE, Trustee prays that this case be dismissed, and for any and all other relief this Court deems just and proper.

/s/ Anthony Olivadoti
Anthony Olivadoti
for Marilyn O Marshall, Trustee

Office of the Chapter 13 Trustee
224 South Michigan Ave. Suite 800
Chicago, Illinois 60604 (312)431-1300