UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                                                Case No. 09-23399-ABG
                                                                      Honorable A. Benjamin Goldgar
Benjamin Stallworth,                                                  Chapter 13
        Debtor.

## NOTICE OF MOTION

To:
| Benjamin Stallworth | STEVEN J. GRACE, Esq. | MARILYN O. MARSHALL |
| 49 Churn Rd. | 48025 N FAIRFIELD AVE APT 33 | 224 S. Michigan - Suite 800 |
| Matteson, IL 60443 | CHICAGO, IL 60625 | Chicago, IL 60604 |
| Via U.S. Mail | Via Court Electronic Notification | Via Court Electronic Notification |

KAREN L STALLWORTH
2290 185th Pl.
Lansing, IL 60438
Via U.S. Mail

**PLEASE TAKE NOTICE** that on the 8th day of September, 2009 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable A. Benjamin Goldgar in Courtroom 613 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any other Bankruptcy Judge who may be presiding in said Judge's place and stead, and shall then and there move the Court for the entry of an order in accordance with the attached motion at which time you may appear if you so desire.

/s/ James M. Philbrick

## CERTIFICATE OF SERVICE

I, James M. Philbrick, an attorney, certify that I personally served the above and foregoing notice and motion on the above parties by Court Electronic Notification and by depositing the same in the U.S. Mail on the 27th day of August, 2009, before the hour of 5:00 p.m. from the U.S. Post Office, Mundelein, Illinois 60060.

/s/ James M. Philbrick

James M. Philbrick
Attorney No. 6244743
Law Offices of James M. Philbrick P.C.
P.O. Box 351
Mundelein, Illinois 60060
847/949-5290
Fax: 847/949-5690
jamesphilbrick@comcast.net

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:  Case No. 09-23399-ABG

Benjamin Stallworth,  Honorable A. Benjamin Goldgar

Debtor.  Chapter 13

**MOTION TO MODIFY STAY OF 11 U.S.C. §362 and the codebtor stay of 11 U.S.C. sec. 1301**

NOW COMES GMAC, by and through its attorney, JAMES M. PHILBRICK, of THE LAW OFFICES OF JAMES M. PHILBRICK, P.C., and as and for its Motion to Modify Stay, states as follows:

1. That GMAC is a creditor-claimant of the Debtor and brings this motion pursuant to 11 U.S.C. §362 and the codebtor stay of 11 U.S.C. sec. 1301.

2. That on or about January 18, 2007, the Debtor executed a Lease agreement for an interest in one 2007 CADILLAC ESCALADE, VIN 3GYFK62827G186117.

3. That GMAC has a properly perfected interest in the collateral in accordance with the Illinois Motor Vehicle Act, and said lien was noted upon the Certificate of Title in connection with the aforesaid motor vehicle.

4. That on June 26, 2009, the Debtor filed a voluntary petition under Chapter 13 of Title 11 of the United States Code.

5. That the current payoff balance for the said vehicle is approximately $49154.86.

6. That the current retail value for the said vehicle is approximately $40300.00.

7. That the Debtor has no appreciable equity in the said vehicle.

8. The Chapter 13 Plan requires payments to GMAC. The payments are made directly by Debtor. That a default under the agreement exists in the amount of $4527.67, which amount includes attorney fees and costs. That, based upon information and belief, the Vehicle is not covered by insurance.

9. That the vehicle is not necessary for an effective reorganization.

10. That GMAC's collateral is a depreciating asset.

11. That GMAC lacks adequate protection in its collateral, and therefore should be allowed to immediately enforce and implement any Order Modifying the Automatic Stay that this Honorable Court may enter, notwithstanding Federal Bankruptcy Rule 4001(a)(3).

WHEREFORE, GMAC prays this Honorable Court for the entry of the attached order modifying the automatic stay of 11 U.S.C. §362 and the codebtor stay of 11 U.S.C. sec. 1301 so as to allow GMAC to take possession of one 2007 CADILLAC ESCALADE, VIN 3GYFK62827G186117, and to enforce its rights against the security in accordance with the agreement and/or applicable state laws; and to find that Federal Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is non-applicable and thus GMAC may immediately enforce and implement the attached Order Modifying the Automatic Stay; and for leave to file an unsecured claim for any deficiency remaining after the sale of the vehicle; and that the claim be deemed as a timely filed claim; and for such other and further relief as the Court may deem just and proper.

        GMAC


        By: /s/ James M. Philbrick
            One of its Attorneys

James M. Philbrick
Attorney No. 6244743
Law Offices of James M. Philbrick P.C.
P.O. Box 351
Mundelein, Illinois  60060
847/949-5290
Fax: 847/949-5690
jamesphilbrick@comcast.net