UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Benjamin Stallworth III | )<br>)<br>)<br>)<br>)<br>) | Case No.: 09 B 23399<br><br>Chapter: 13<br><br>Honorable A. Benjamin Goldgar |
| Debtor(s) ) | | |

Order Dismissing Case

This matter coming before the Court on Trustee's Motion to Dismiss for Unreasonable Delay, the court having heard the facts and the arguments of Counsel,

IT IS HEREBY ORDERED:

1. This case is dismissed.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: **0 6 OCT 2009**

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee
Marilyn O Marshall
224 South Michigan Ave.
Suite 800
Chicago, Illinois 60604
312-431-1300

Rev:20081125